### DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| JENNIFER SHERIDAN-JIMENEZ as<br>next friend of MELISSA SALICCO,<br>a minor child, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 2014-32 |
| v. | ) ) | |
| GOLDEN AGE RANCH, INC. | ) ) | |
| Defendants. | ) | |

ATTORNEYS:

**Ryan W. Greene**
St. Thomas, USVI
*For the plaintiffs,*

**Michael C. Quinn**
Dudley Topper & Feuerzeig
St. Thomas, USVI
*For the Golden Age Ranch, Inc.,*


### JUDGMENT

The Golden Age Ranch, Inc. ("Golden Age") owns a ranch on St. Thomas, United States Virgin Islands (the "ranch"). On July 25, 2013, Jennifer Sheridan-Jimenez ("Jimenez") and her daughter, Melissa Salicco ("Salicco"), visited the ranch while vacationing on St. Thomas. Jimenez and Salicco went horseback riding. As part of Jimenez and Salicco's horseback riding excursion, a guide was provided by the ranch to accompany Jimenez and Salicco. The guide also rode a horse.

*Sheridan-Jimenez v. Golden Age Ranch, Inc.*
Civ. No. 14-32
Judgment
Page 2

Towards the end of the horseback riding excursion, the guide dismounted his horse and proceeded to open a gate. Salicco and Jimenez remained mounted. The guide's horse kicked Salicco's horse. Salicco was thrown off her horse. Salicco was injured as a result of her fall.

On March 27, 2014, Salicco, through her mother, brought suit in this Court against Golden Age. The Complaint asserts claims for negligence and premises liability.

On January 6, 2015, Salicco filed a Motion for Settlement Approval With Minor (the "Motion for Settlement"). On August 19, 2015, the Court issued an order referring the Motion for Settlement to the magistrate. *See* ECF No. 23. The parties filed a copy of the signed settlement agreement with the Court. On September 22, 2015, the magistrate granted the Motion for Settlement Approval.

The Court agrees that the settlement should be approved. The premises considered, it is hereby

**ORDERED** that the parties' settlement agreement is **APPROVED**; it is further

**ORDERED** that the trial setting in this matter is **VACATED**; it is further

**ORDERED** that all pending motions in this case are **MOOT**; it is further

*Sheridan-Jimenez v. Golden Age Ranch, Inc.*
Civ. No. 14-32
Judgment
Page 3

     **ORDERED** that this case is **DISMISSED;** and it is further

     **ORDERED** that the Clerk of the Court shall **CLOSE** this case.

     S\_____

       **Curtis V. Gómez**
       **District Judge**